AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

> **LODGED**
> CLERK, U.S. DISTRICT COURT
> 4/23/2021
> CENTRAL DISTRICT OF CALIFORNIA
> BY: ___JB___ DEPUTY

United States of America

v.

MIRELA TODOROVA,
  aka "Mirela Dimitrova TODOROVA" and
  "Mimi TODOROVA,"

Defendant.

Case No.    2:21-mj-02036 -DUTY

> **FILED**
> CLERK, U.S. DISTRICT COURT
> 4/23/2021
> CENTRAL DISTRICT OF CALIFORNIA
> BY: _clee_ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 24, 2021, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Methylenedioxymethamphetamine ("MDMA") |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/S/ CALEB D. HODGSON*
Complainant's signature

CALEB D. HODGSON, DEA
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:      April 23, 2021

Judge's signature

City and state:   Los Angeles, California

Hon. Steve Kim, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT**

I, Caleb D. Hodgson, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint against Mirela TODOROVA, also known as "Mirela Dimitrova TODOROVA" and "Mimi TODOROVA" ("TODOROVA"), a United States, Bulgarian, and Canadian citizen, for violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) (Possession with Intent to Distribute MDMA).

2.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3.   I am an investigator or law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code, Section 2516. I am certified by the California Attorney General to conduct wiretaps

as authorized in section 629.50 et seq. of the California Penal Code.

4.   I am a Special Agent ("SA") with the DEA. I have held this position since October 2019. I am currently assigned to the Los Angeles Field Division Southern California Drug Task Force/High Intensity Drug Trafficking Area ("HIDTA") Group 52, an enforcement group that investigates drug traffickers, drug manufacturers, and drug trafficking organizations. HIDTA is a task force comprised of agents, officers, detectives, and/or investigators from the DEA, the Federal Bureau of Investigations ("FBI"), the Internal Revenue Service ("IRS"), Homeland Security Investigations ("HSI"), the Los Angeles Police Department ("LAPD"), the Los Angeles Sheriff's Department ("LASD"), and several other law enforcement agencies. Prior to working for the DEA, I was employed as a criminal intelligence analyst for the Kentucky Intelligence Fusion Center, under the Kentucky Office of Homeland Security, specializing in organized crime intelligence collection and analysis. I held this position for just under two years before joining DEA.

5.   I have completed DEA Basic Agent Training, an 18-week intensive training program at the DEA Training Academy in Quantico, Virginia, during which I received over 300 hours of comprehensive, formalized instruction in such matters as drug identification; drug trafficking and interdiction; surveillance; criminal law; money laundering techniques; and asset identification, seizure and forfeiture, among other subjects.

6.     Through my work at DEA, I have also conferred and
interacted with experienced special agents, federal DEA Task
Force Officers ("TFOs"), and local law enforcement investigators
regarding the investigation of drug-trafficking offenses. During
my tenure at DEA, I have been involved in investigations
regarding (1) the unlawful importation, exportation,
manufacture, possession with intent to distribute, and
distribution of narcotics, (2) the laundering of narcotics
proceeds and monetary instruments derived from narcotics
activities, and (3) conspiracies associated with narcotics
offenses. My involvement in these investigations has included
debriefing defendants, witnesses, and confidential sources;
conducting physical and electronic surveillance; assisting in
court-authorized interceptions; executing search and arrest
warrants; seizing narcotics and narcotics-related assets; making
arrests for narcotics-related offenses; and analyzing documents
and records related to drug-trafficking activities and money
laundering.

7.     Through these investigations, my training and
experience, and conversations with other agents and law
enforcement personnel, both in the United States and elsewhere,
I have become familiar with drug traffickers' methods of
operation, including the manufacture, storage, transportation,
and distribution of illegal drugs, the collection of money that
represents the proceeds of drug trafficking, and money
laundering techniques. I am aware of sophisticated tactics that
drug traffickers routinely use in attempts to thwart law

enforcement investigations of their drug trafficking
organizations, including the use of counter surveillance
techniques, hidden vehicle compartments, elaborately planned
smuggling schemes tied to legitimate businesses, and false or
fictitious identities.

8.    I know that drug traffickers frequently use cellular
telephones to arrange transportation and deliveries of illegal
drugs and the proceeds derived from their sale, and they
frequently change telephones in an effort to avoid detection by
law enforcement. Drug traffickers also frequently use coded
language in their communications when referencing illegal drugs
in order to disguise their conversations about illegal drugs as
well as the proceeds obtained from their sale. I know that that
know that drug traffickers are also often aware that law
enforcement monitors telephones in an effort to identify illegal
activity. I know that drug traffickers frequently use false or
fictitious names/identities or family and/or friends' names when
obtaining cellular telephones in an effort to avoid detection by
law enforcement.

### III. <u>**SUMMARY OF PROBABLE CAUSE**</u>

9.    In the late evening of November 15, 2020, while in
Mexico, TODOROVA communicated with R.M. via text messages and
coordinated the delivery of controlled substances via an unknown
courier to R.M. at his home in Beverly Hills, California.
Specifically, TODOROVA coordinated the delivery of counterfeit
pills stamped with "M" on one side and "30" on the other, which
later tested positive for the presence of fentanyl, and cocaine,

which was later traded for more of the counterfeit pills.
Subsequent investigation revealed that TODOROVA contacted R.M.
using TODOROVA's phone number -- 323-688-9519 -- which at the
time of these communications was serviced by T-Mobile (the "T-
Mobile Telephone").

10. Less than twelve hours after the last message from
TODOROVA, R.M. was pronounced dead at 11:18 a.m. on November 16,
2020, by Los Angeles Fire Department Rescue Ambulance after
R.M.'s assistant -- D.G. -- found R.M. unconscious and
unresponsive on his kitchen floor. The DEA Southwest Laboratory
later confirmed that pills and residue from the scene tested
positive for fentanyl, and the autopsy report noted the presence
of fentanyl in R.M.'s blood and "ascribe[d] the death to:
EFFECTS OF ETHANOL, CLONAZEPAM AND FENTANYL."

11. After R.M.'s death, R.M.'s family kept his cellphone
number active. In December 2020, TODOROVA changed the carrier
for her same phone number to AT&T (the "AT&T Telephone").
TODOROVA then continued to send R.M.'s phone number text
messages advertising the sale of drugs on December 16, 2020, and
January 26, 2021.

12. On March 3, 2021, the Honorable Alka Sagar, United
States Magistrate Judge for the United States District Court for
the Central District of California, signed a search warrant for
historical cell-site data in Case Number 2:21-MJ-01051, and I
served the warrant to T-Mobile and AT&T that same day. On March
5, 2021, the Honorable Maria Audero, United States Magistrate
Judge for the United States District Court for the Central

District of California, signed a search warrant for prospective GPS location data with cell-site simulator in Case Number 2:21-MJ-01106, and I served the warrant to AT&T on March 6, 2021.

13.   AT&T would not comply with either of the original warrants just described due to an outdated IMSI number that changed for the AT&T Telephone prior to signing of the warrants. Accordingly, on March 8, 2021, Magistrate Judge Audero signed an amended search warrant for prospective GPS location data with cell-site simulator in Case Number 2:21-MJ-01106, and I served the warrant to AT&T on March 8, 2021. And on March 11, 2021, Magistrate Judge Sagar signed an amended search warrant for historical cell-site data in Case Number 2:21-MJ-01051, and I served the warrant to AT&T on March 12, 2021.

14.   As detailed below, investigation efforts confirmed TODOROVA's identity, residence -- located at 6201 Hollywood Boulevard #2406, Los Angeles, California 90028 ("TODOROVA'S APARTMENT"), which is an apartment in the "Eastown" Apartment Complex -- and vehicle -- a white, four-door, 2020 Honda Accord Sport 2.0T, bearing California License Plate Number 8PIJ378, Vehicle Identification Number ("VIN") 1HGCV2F33LA010274 ("TODOROVA'S CAR"). In R.M.'s cellphone, he had saved TODOROVA's T-Mobile Telephone under the contact "Mimi Snowie." TODOROVA's California Department of Motor Vehicles ("DMV") image record identifies "Mimi" as her commonly used nickname, and she signed the document as "Mimi Todorova." Although the DMV image record does not list TODOROVA'S APARTMENT as her home, I have confirmed her presence at TODOROVA'S APARTMENT through surveillance,

court-authorized GPS location data, financial documents, and
AT&T subscriber data. Surveillance as recent as March 23, 2021
confirms that TODOROVA lives at TODOROVA'S APARTMENT and parks
TODOROVA'S CAR in parking space number 204 in the secured
parking structure for the Eastown Apartment Complex. TODOROVA'S
CAR has a parking permit number 0377 on the front passenger side
of the windshield. A key fob from Eastown Apartment Complex is
needed to access this secured parking structure.

    15.  Furthermore, additional stationary and mobile
surveillance of TODOROVA revealed the following:

       a.  On March 9, 2021, between the hours of 3:00 p.m.
and 10:25 p.m., TODOROVA was seen in a Bank of America parking
lot, located at 1715 North Vermont Ave, Los Angeles, CA 90027,
for over an hour before using TODOROVA'S CAR to make
approximately 8 short stops -- between approximately 2 and 10
minutes of duration -- with approximately 6 unidentified
persons, each at separate locations ranging from Hollywood to
Westdale. Based on my training and experience and conversations
with other experienced law enforcement officers, I believe that
TODOROVA's actions and behavior during this surveillance period
are consistent with drug trafficking.

       b.  On March 15, 2021, TODOROVA went to and entered
the same Bank of America, obtained approximately $3,000 in cash
in a white envelope from the bank, and then drove TODOROVA'S CAR
to and entered a green building located at 1879 W Adams Blvd,
Los Angeles, CA 90018 (the "Green Building"). She entered the
Green Building carrying what appeared to be cellphone and the

white envelope. Approximately 53 minutes later, she left carrying a White/Pinkish plastic bag. According to information from a DEA Confidential Source (the "CS"),[1] the Green Building address is a suspected stash house linked to the Arellano Felix Cartel. Based on my training and experience and conversations with other experienced law enforcement officers, I believe that TODOROVA's actions and behavior during this surveillance period are consistent with drug trafficking.

c.    On March 23, 2021, TODOROVA texted me, as I acted in an undercover ("UC") capacity. Soon after, she traveled to a residence located at 4254 Brunswick Ave, Los Angeles, CA 90039, where I saw her meet with an unidentified person and conduct a suspected illegal drug transaction, based on my training and experience. After leaving this location, court-authorized GPS location data for TODOROVA's AT&T Telephone showed a route of travel north to the Pasadena area and then south and west with GPS location data showing her approximately 0.3 miles from the Green Building before returning to the Eastown Apartment Complex, which is where TODOROVA'S APARTMENT is located. GPS location data showed TODOROVA's AT&T Telephone located at the Eastown Apartment Complex when surveillance was terminated on

---

[1] The CS was opened as a confidential human source in June 2020. On June 3, 2020, the CS was arrested by the United States Customs & Border Protection ("CBP") for transporting controlled substances. The CS began cooperating after being detained by CBP and DEA for this conduct. The CS has been cooperating to work off the charges, but no other forms of consideration or inducements have been requested by, or offered to the CS. The CS has no other known criminal history. The CS has provided reliable information that has been corroborated by law enforcement.

March 24, 2021, at approximately 1:15 a.m. Based on my training and experience and conversations with other experienced law enforcement officers, I believe that TODOROVA's actions and behavior during this surveillance period are consistent with drug trafficking.

16.  On March 19, 2021, the Honorable Alexander F. MacKinnon, United States Magistrate Judge for the United States District Court for the Central District of California, signed search warrants TODOROVA's person, TODOROVA's APARTMENT, and TODOROVOA's CAR in Case Numbers 2:21-MJ-01349, 2:21-MJ-01351, and 2:21-MJ-0152, respectively. On March 24, 2021, at approximately 3:45 p.m., federal agents and I began executing these warrants.

17.  At TODOROVA's APARTMENT, we found and seized 52 DEA drug exhibits, one of which the DEA Southwest Laboratory later determined to contain approximately 2.12 grams of methylenedioxymethamphetamine ("MDMA"), another of which the laboratory determined to contain approximately 89.8 grams of ketamine, and other exhibits, which the laboratory determined to collectively contain approximately 901.76 grams of cocaine. Additionally, we found and seized an unknown number of DEA non-drug exhibits that are pending processing at the time of this complaint. The other DEA drug exhibits included, but are not limited to, at least nine plastic bags filled with multiple pills and capsules of varying size, color, and shape suspected

to be illegal drugs, including one light blue pill[2] stamped with marking "M" on one side and "30" on the other, which the DEA Southwest Laboratory later determined to contain fentanyl; drug packaging materials, empty pills capsules, and a digital scale; U.S., Canadian, and Bulgarian passports; and digital devices described below.

18.   IN TODOROVA'S CAR, we found approximately $200, Bank of America receipts, and TODOROVA's AT&T Telephone on which I saw numerous messages regarding the sale of drugs involving numerous customers over the last several years. TODOROVA appears to have a network of delivery drivers working with and/or for her. I also saw the messages between TODOROVA and R.M. on the night before R.M.'s death. TODOROVA saved R.M. under the contact name "R-- Client Rich Kid."

19.   On March 26, 2021, the Honorable Karen L. Stevenson, United States Magistrate Judge for the United States District Court for the Central District of California, signed a complaint, charging TODOROVA with possession with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1),

---

[2] This pill, Exhibit 56, was originally described as a white pill stamped with marking "M" on one side and "30" on the other. When the DEA Southwest Laboratory chemist opened the evidence bag to process and test the pill, she determined the pill to be light blue, not white, and noted that fact to me via email on April 16, 2021. Based on my training and experience, I know that Oxycodone is often blue in color and has markings "M" on one side and "30" on the other side. As previously described above, DEA Drug Exhibits 1, 2, and 3 include blue in color pills (Ex. 1) and pills with those markings (Exs. 2 and 3). I also know that illegal drug traffickers and manufacturers are known to create copycat pills that resemble pharmaceutical Oxycodone and that these pills are often made with fentanyl. R.M. asked for "Oxy blues" in the texts before his death.

(b)(1)(C), in Case Number 2:21-MJ-01465, along with a search warrant for digital devices in Case Number 2:21-MJ-01466. That same day, TODOROVA appeared on the complaint before Magistrate Judge Stevenson, who ordered defendant detained based on risk of nonappearance and danger to the community.

20.   On April 23, 2021, a federal grand jury returned a no bill on an indictment, charging TODOROVA with possession with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii), and criminal forfeiture, in violation of 21 U.S.C. § 853.

## IV. STATEMENT OF PROBABLE CAUSE

21.   Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

### A.   R.M. Dies of a Drug Overdose

22.   On November 16, 2020, R.M. died of an apparent drug overdose at his home in Beverly Hills, California. One of the decedent's assistants -- D.G. -- arrived at R.M.'s home at approximately 11:00 a.m., discovered that R.M. was unconscious and unresponsive on the kitchen floor, and placed an emergency call to 911 following the discovery of R.M. Los Angeles Fire Department Rescue Ambulance 71 arrived at the scene, attempted treatment, and ultimately pronounced R.M.'s death at approximately 11:18 a.m.

23.   LAPD officers also responded to the scene and interviewed D.G., who said R.M. used unknown drugs and consumed alcohol the night before.

24.  The Los Angeles County Medical Examiners-Coroner's ("LAMEC") Office responded to the residence and investigated the scene. Based on my review of LAMEC Investigator Kristina McGuire's report, I know that she collected the following items from the scene and deposited them into Forensic Science Center Medical Evidence: a rolled up $10 bill, a folded $20 bill containing white residue, unidentified blue tablets, Trazodone pills and Valacyclovir pills. The items Investigator McGuire collected became DEA Drug Exhibits 1-7 as follows:

a.   Exhibit 1 is described as one small plastic baggie containing crushed blue tablets, which the DEA Southwest Laboratory later determined to test positive for fentanyl;

b.   Exhibit 2 is described as one small plastic baggie containing two tablets with the markings "M" one side and "30" on the other side and one empty plastic baggie, which the DEA Southwest Laboratory later determined to test positive for fentanyl;

c.   Exhibit 3 is described as one tablet with the markings "M" one side and "30" on the other, which the DEA Southwest Laboratory later determined to test positive for fentanyl;

d.   Exhibit 4 is described as one rolled up $10 bill, which the DEA Southwest Laboratory later determined to test positive for fentanyl residue;

e.   Exhibit 5 is described as one plastic baggie containing a folded $20 bill with white residue, which the DEA

Southwest Laboratory later determined to test positive for
fentanyl residue;

       f.   Exhibit 6 is described as one plastic
prescription bottle in the name of R.M. for Trazadone 50 mg
tablets that contain light colored tablets, which the DEA
Southwest Laboratory later determined to be Trazadone;and

       g.   Exhibit 7 is described as one plastic
prescription bottle in the name of R.M. for Valacyclovir 500 mg
tablets that contain dark colored tablets, which the DEA
Southwest Laboratory later determined to not contain any
controlled substances.

    25.  On January 21, 2021, at approximately 4:51 pm, SA
David Dansart received an email from the LAMEC Coroner's Office
with an electronic copy of the autopsy report for R.M. The
report noted the presence of fentanyl in R.M.'s blood and
"ascribe[d] the death to: EFFECTS OF ETHANOL, CLONAZEPAM AND
FENTANYL."

    **B.   The Night Before R.M.'s Death, TODOROVA Communicates
         with R.M. Via Text Messages to Sell R.M. Drugs**

    26.  On November 17, 2020, Los Angeles Field Division,
HIDTA Group 52 began conducting an investigation into R.M.'s
death. Initial interviews with decedent's mother, K.M., and her
staff indicated that R.M. likely procured drugs from a third-
party source that may have caused his death.

    27.  On November 19, 2020, SA Dansart and I met with K.M.
(decedent's mother), B.M. (decedent's father), and two family
assistants -- J.G. and D.R. -- at decedent's family residence,

located in Los Angeles. K.M. signed two DEA-88 Consent to Search forms, as witnessed by J.G. and D.R., for two of R.M.'s phones: (1) an iPhone 11 with a number ending in -7097; (2) an iPhone Xs with a number ending in -1671. These phones were later taken into DEA custody on February 25, 2021.

28.   On December 4, 2020, SA Dansart spoke on the phone with D.R., who said that R.M.'s family and assistants had gained access to R.M.'s laptop by guessing the password to the laptop. After gaining access to the laptop, they obtained access to R.M.'s iCloud account and discovered iMessages between R.M. and phone number 323-688-9519, which was a T-Mobile telephone number at the time (the "T-Mobile Telephone"). D.R. advised that these communications involving the T-Mobile Telephone were from the night of November 15, 2020 -- the night before R.M.'s death -- and were about selling drugs to R.M.

a.   Based on information obtained from T-Mobile, I know that T-Mobile was the service provider for the T-Mobile Telephone on November 15, 2020. While there was no subscriber information available for the T-Mobile Telephone, I believe TODOROVA was the user of the T-Mobile Telephone based on (i) information obtained from law enforcement databases, and (ii) on February 25, 2021, I accessed R.M.'s iPhone Xs referenced above using the passcode provided by R.M.'s family[3] and discovered that the T-Mobile Telephone was saved as contact "Mimi Snowie" in R.M.'s iPhone Xs. The contact information for "Mimi Snowie"

---

[3] On January 21, 2021, SA Dansart spoke on the phone with R.M.'s family assistant J.G., who provided the passcode for the iPhone Xs.

lists the T-Mobile Telephone as the mobile phone number, the
email address "123mimi@gmail.com" is under the contact card
info, and in the "Notes" section under the contact card, it says
"real names Mirela Todorova."

     b.   Furthermore, a review of the California
Department of Motor Vehicles image record for Mirela TODOROVA
shows that she signed her name as "Mimi Todorova":





     c.   As further described below, R.M. used "Mimi" in a
message on November 15, 2020, while communicating with the T-
Mobile Telephone. As also described further below, TODOROVA
changed the carrier for the phone number for the T-Mobile
Telephone from T-Mobile to AT&T on December 12, 2020 (the "AT&T
Telephone"), and continued to message R.M.'s phone from the AT&T
Telephone. AT&T subscriber data also confirms TODOROVA's name
and email.

    29.  On December 10, 2020, SA Dansart and I met with J.G.
and received a Universal Serial Bus ("USB") drive that contained
the screenshots of iMessage communications between R.M. and the
T-Mobile Telephone taken from R.M.'s iCloud account as noted in

the previous paragraph. SA Dansart and I reviewed these
screenshots as detailed below and then provided the USB drive to
LAPD.[4]

30.   Screenshots taken from R.M.'s iCloud account show
communications with the T-Mobile Telephone that include
descriptions and prices of various drugs for sale. On February
25, 2021, I accessed R.M.'s iPhone Xs and confirmed that the
messages displayed in the screenshots provided by the family
were accurate. Accessing the iPhone Xs also provided the
specific timestamps for each incoming and outgoing message
between R.M. and TODOROVA.

31.   According to timestamps (listed at the end of each
individual message in parentheses), the conversation with the T-
Mobile Telephone began on November 15, 2020, at approximately
7:56 p.m. and proceeded as follows:

R.M. – Heyy (7:56 p.m.)

R.M. - What's good babe (7:57 p.m.)

R.M. - Been a fucking minute (7:57 p.m.)

R.M. - U got bars, lean, girl? But Intl super fire girl
      (7:58 p.m.)

TODOROVA - Delivery available:
      I have C, M, K, pink 2CB, addy, xan, oxy blues, acid,
      mushrooms, mushroom chocolates
      C is $100
      M is $20

---

[4] As noted below, after providing the USB drive to LAPD, DEA
took custody of the USB drive on February 25, 2021.

```
            K is $120

            2CB is $140

            Addy is $20

            Xan is $10

            Oxy blues $30

            Acid is $40 per tab

            Mushrooms 11gs $120

            Mushroom chocolates $60

            Delivery fee $30

            Minimum order for delivery $230

            Cash, CashApp, Apple Pay, Zelle, Paypal or Venmo

            (8:02 p.m.)
```

R.M. – Dope (8:03 p.m.)

R.M. - Ill take 2 Oxy blues and like A 40 blow (8:05 p.m.)

32.   In the above section, I believe R.M. contacted TODOROVA in an effort to purchase illegal drugs. Based on my training and experience, when R.M. mentions "bars" and "lean" he is referring to the anti-anxiety drug Xanax and a codeine based product commonly derived from codeine/promethazine cough medicine. The name "lean" comes from one of the effects of the product, difficulty standing up straight. According to the R.M.'s family and the family's staff, R.M. was historically known to abuse codeine products, including lean. Additionally, TODOROVA lists numerous illegal drugs for sale. Based on my training and experience, I know that "Oxy blues" refers to Oxycodone or OxyContin. Additionally, I know that Oxycodone is often blue in color and has markings "M" on one side and "30" on

the other side. As previously described above, DEA Drug Exhibits
1, 2, and 3 include pills that are blue in color (Ex. 1) and
pills with those markings (Exs. 2 and 3). I also know that
illegal drug traffickers and manufacturers are known to create
copycat pills that resemble pharmaceutical Oxycodone and that
these pills are often made with fentanyl. R.M. requests two "Oxy
blues" from TODOROVA along with "40 blow." Based on my training
and experience, I know that "blow" often is a slang term for
cocaine. Also, note that "C" is listed at $100. Based on my
training and experience, I know that "C" refers to cocaine. The
conversation continued as follows:

> R.M. - What's the pond up address now before I get too
>            fuckinf tired (8:06 p.m.)

> R.M. – Cash (8:07 p.m.)

> R.M. - What's the pick up address now before I get too
>            fuckinf tired (8:08 p.m.)

TODOROVA - Only delivery today (8:08 p.m.)

> R.M. - Wtf ok u always playing tricks (8:09 p.m.)

> R.M. - So come to my Beverly Hills crib then ASAP
>            (8:09 p.m.)

> R.M. - Like now please babe (8:09 p.m.)

> R.M. - I gotta pick up my daughter 19 tomorrow (8:10 p.m.)

> R.M. – [Address Omitted] Beverly Hills CA 90210 (8:11 p.m.)

> R.M. - Eta? (8:11 p.m.)

33.  In the above section, R.M. lists his address for
delivery, which is the same address where R.M. died on November
16, 2020. TODOROVA noted that there would be "only delivery

today" and no option for a pickup with this transaction.[5] The
conversation continues as follows:

TODOROVA - Hey all my bags are already measured in full g's
            don't have halves available (8:18 p.m.)

TODOROVA - 2 blues and 1 g will be 160 plus 30 delivery fee
            So 190 total (8:36 p.m.)

TODOROVA - My driver can be there in 10mins still want it? (9:50
            p.m.)

    R.M. - Yea in ready (10:15 p.m.)

    R.M. - I right this way was ckjjbfb2hrvafvhiabdekjveyrgrates
            (10:16 p.m.)

TODOROVA - Pulling up in 2mins white Honda (10:22 p.m.)

    R.M. - Yea send your little driver now (10:22 p.m.)

    R.M. - So there is zero codeine, codeine syrup, Vicodin,
            percs? Just oxy and That's it? (10:23 p.m.)

TODOROVA - Yes (10:27 p.m.)

TODOROVA - Driver is outside (10:27 p.m.)

    R.M. - Lmk for the codeine products ASAP u know that's what
            I really need (10:28 p.m.)

    R.M. - Coming (10:28 p.m.)

---

[5] At the time that these messages were sent, I believe
TODOROVA was physically in Mexico. According to border crossing
information, TODOROVA traveled to Mexico on November 11, 2020
and returned to Los Angeles on November 27, 2020. Accordingly, I
believe that TODOROVA used the T-Mobile Telephone to facilitate
the commission of federal crimes despite being out of the
country. TODOROVA also traveled to Mexico on December 23, 2020
and returned to Los Angeles on January 28, 2021. TODOROVA again
traveled to Mexico on February 14, 2021, and returned on March
4, 2021, as further described below.

34.   In the above section, TODOROVA states that bags are measured in "full g's". Based on my training and experience, I know that "full g's" refers to the full grams. Additionally, TODOROVA notes that halves are not available for sale, meaning half-gram quantities. TODOROVA gives the sale price for the transaction: $60 for the two "Oxy blues" (based on the price list given in a previous message) and $100 for "1 g" making $160 total for the illegal drugs, plus a delivery fee, for a grand total of $190. I believe that the "1 g" is one gram of cocaine, as "C" is mentioned as being for sale at $100. Based on my training and experience, and after consulting with DEA Intelligence Research Specialist Charles Fellows regarding illegal drug prices in the Los Angeles area, I know that the prices listed for these drugs are consistent with the Los Angeles area illegal drug market. The conversation continues as follows:

R.M. - Yo can you please fell hi. To then around. I wanna triad the G of lady for 5 blues?? (10:53 p.m.)

R.M. - Wtf ever happened to the personal Mimi deliveries anyways? (10:54 p.m.)

R.M. - I gotta new puppy and new Beverly Hills crib you would love (a heart emoji was inserted after the word "love")(10:54 p.m.)

R.M. – [Photo of above-mentioned puppy] (10:55 p.m.)

R.M. – [Photo of above-mentioned puppy] (10:55 p.m.)

R.M. – Versace (a heart eyes emoji follows "Versace") [Reference to above-mentioned puppy] (10:55 p.m.)

R.M. - Please exchange situation (10:55 p.m.)

35.   In the above section, based on the last text "Please exchange situation," I believe R.M. misspelled trade as "triad" in the earlier text message and proposed to trade one gram of "lady" for five "blues" (Oxy). Based on my training and experience, "lady" is a street name for cocaine and R.M. wanted to trade the cocaine for Oxycodone or OxyContin. R.M. also asks why he is not receiving a personal delivery from "Mimi." As noted above, a review of the California Department of Motor Vehicles image record for Mirela TODOROVA shows that she signed her name as "Mimi Todorova," and R.M.'s iPhone Xs had the T-Mobile Telephone saved under the "Mimi Snowie" contact name. The contact information for "Mimi Snowie" also lists the email address as "123mimi@gmail.com," and in the "Notes" section under the contact card, it says "real names Mirela Todorova." The conversation continued as follows:

TODOROVA - I will have driver come back after next delivery
          (11:02 p.m.)

TODOROVA - 20mins (11:40 p.m.)

TODOROVA - Driver outside (12:01 a.m.; November 16, 2020)

36.   In the above section, in response to R.M.'s request for a trade or exchange, TODOROVA states that the delivery driver will return and then messages R.M. when the driver has arrived. This is the end of the iMessage screenshots from November 15, 2020 and November 16, 2020. Based on my training and experience, I believe TODOROVA provided controlled substances to R.M. through the use of a delivery driver under

her direction and authority as described in the above iMessages and subsequent explanations of those messages.

37. As described above, less than twelve hours after the last message from TODOROVA, R.M. was pronounced dead at 11:18 a.m. on November 16, 2020 by Los Angeles Fire Department Rescue Ambulance after D.G. found R.M. unconscious and unresponsive on his kitchen floor. The DEA Southwest Laboratory later confirmed that pills and residue from the scene tested positive for fentanyl, and the autopsy report noted the presence of fentanyl in R.M.'s blood and "ascribe[d] the death to: EFFECTS OF ETHANOL, CLONAZEPAM AND FENTANYL."

### C. After R.M.'s Death, TODOROVA Sends Messages to R.M.'s Cellphone Number Advertising More Drugs

38. On January 26, 2021, at approximately 5:23 pm, SA Dansart received an email from K.M. containing a screenshot of an iMessage and a text message received from the same number as the T-Mobile Telephone, but as noted above, investigators determined that the number for the T-Mobile Telephone had been switched to the AT&T Telephone over a month earlier on December 12, 2020. In the email, K.M. advised that R.M.'s phone number ending in -1671 had received the messages (from the AT&T Telephone).

a. Subscriber data for the AT&T Telephone identifies TODOROVA as the subscriber, the address associated with TODOROVA as TODOROVA'S APARTMENT, the IMSI number as 310410672649897

until recently,[6] the service start date as December 12, 2020, and
the associated email address "123mimi@gmail.com," which is the
same email address I found in R.M.'s iPhone Xs contact entry for
the T-Mobile Telephone saved as "Mimi Snowie," as noted above.
Furthermore, a review of the California Department of Motor
Vehicles image record for Mirela TODOROVA shows that she signed
her name as "Mimi Todorova," and R.M. used "Mimi" in an
aforementioned message on November 15, 2020, while communicating
with the T-Mobile Telephone. Additionally, a comparison of toll
records for the T-Mobile Telephone (for the period of November
3, 2020 through December 4, 2020) and the AT&T Telephone (for
the period of December 11, 2020 through January 10, 2021) shows
at least fifteen common contacts for the T-Mobile Telephone and
the AT&T Telephone in the records from both companies.[7]

39.  On January 27, 2021, at approximately 3:03 pm, SA
Dansart spoke with K.M. and her personal assistant D.R.
regarding the aforementioned email and screenshots. They
informed SA Dansart that since K.M. is the account holder, she
was able to and did transfer decedent R.M.'s phone number ending
-1671 to another device, later determined to be an iPhone S, in
order to monitor any incoming messages. K.M. emphasized that

---

[6] According to AT&T records, the IMSI changed from
310410672649897 to 310410672631473 on approximately March 5,
2021. TODOROVA arrived back in the United States on March 4,
2021.

[7] SA Dansart conducted a partial comparison and not a
complete comparison of all toll records for the T-Mobile
Telephone and the AT&T Telephone.

this was only to monitor messages and not to respond to any that the phone might receive.

40.  The screenshots show TODOROVA advertising various drugs for sale. On February 25, 2021, I accessed the iPhone S that had received these messages and confirmed that the messages displayed in the screenshots provided by the family were accurate. Accessing the iPhone S also provided the specific timestamps for the incoming messages from TODOROVA.

41.  According to the timestamp, at approximately 4:53 pm on December 16, 2020, TODOROVA sent the iPhone S the following iMessage from the AT&T Telephone:

TODOROVA  - Delivery available every night:

        I have C, K, pink 2CB, M, E,

        addy, xan, norcos, blues, acid,

        viagra, liquid G, and

        mushrooms (raw, chocolate or

        candy)

        Most payment methods

        accepted

        This text is NOT junk/spam

42.  On January 26, 2021, at approximately 11:56 am, TODOROVA sent the iPhone S the following text message from the AT&T Telephone:[8]

---

[8] At the time this message was sent, I believe TODOROVA was physically in Mexico. As noted above, according to border crossing information, TODOROVA traveled to Mexico on December 23, 2020 and returned to Los Angeles on January 28, 2021, two days after sending this message. Accordingly, I believe that

```
TODOROVA   - Delivery available every night:

               I have C, K, pink C2B, M, E,

               Addy, xan, blues, viagra, liquid

               G, and mushrooms (raw,

               Chocolate or candy)

               Most payment methods

               accepted
```

43. Based on my training and experience, both of the above messages from the AT&T Telephone contain numerous slang terms for illegal drugs, which are similar to the terms TODOROVA used in her communications from the T-Mobile Telephone to R.M. on November 15, 2020. As previously noted, based on my training and experience, I know that "C" means cocaine and "blues" mean Oxycodone or OxyContin.[9]  Other slang terms include "K," which means ketamine, "Addy," which means Adderall, and "E," which means ecstasy. As a result, I believe these messages from the AT&T Telephone are solicitations for illegal drug sales.

44. On January 29, 2021, SA David Dansart and I took custody of the medical/drug evidence from the LAMEC Coroner's

---

TODOROVA used the AT&T Telephone to advertise the sale of additional narcotics to R.M. (who had already died). TODOROVA again traveled to Mexico on February 14, 2021, and returned on March 4, 2021, as further described below.

[9] Based on my training and experience, I know that Oxycodone is often blue in color and has markings "M" on one side and "30" on the other side. As previously described above, DEA Drug Exhibits 1, 2, and 3 include blue in color pills (Ex. 1) and pills with those markings (Exs. 2 and 3). I also know that illegal drug traffickers and manufacturers are known to create copycat pills that resemble pharmaceutical Oxycodone and that these pills are often made with fentanyl. R.M. asked for "Oxy blues" in the texts before his death.

Office and later submitted it to the DEA Southwest Laboratory
for testing/analysis on February 2, 2021. On February 10, 2021,
I received the final Chemical Analysis report for Exhibit 2,
described as one small plastic baggie containing 2 tablets with
the markings "M" on one side and "30" on the other side and one
empty plastic baggie.[10] Per the report, the 2 tablets tested
positive for a net weight of .210 grams of fentanyl and provided
no listed weight for the acetaminophen.

     45.   On February 19, 2021, SA Dansart and I met with B.M.
and a family assistant -- S.D. -- at the decedent's family
residence and took custody of the above-mentioned iPhone S to
which K.M. had transferred R.M.'s phone number and the Apple
Macbook Pro laptop through which decedent's family accessed
R.M.'s iCloud account as previously mentioned. B.M. signed a
DEA-88 Consent to Search form for these devices.[11]

     D.   **DEA Obtains Additional Devices**

     46.   On February 25, 2021, I accessed the iPhone S (ported
with R.M.'s phone number as described above; no passcode) and

---

     [10] Based on my training and experience, I know that
Oxycodone is often blue in color and has markings "M" on one
side and "30" on the other side. As previously described above,
DEA Drug Exhibits 1, 2, and 3 include blue in color pills (Ex.
1) and pills with those markings (Exs. 2 and 3). I also know
that illegal drug traffickers and manufacturers are known to
create copycat pills that resemble pharmaceutical Oxycodone and
that these pills are often made with fentanyl. R.M. asked for
"Oxy blues" in the texts before his death.

     [11] On February 25, 2021, TFO Alex Pozo and TFO David Holmes
met with B.M., K.M., and S.D. to sign a new DEA-88 Consent to
Search form. Only one witness was available at the time B.M.
signed the form on February 19, 2021, so B.M. signed a new form
with two witnesses on February 25, 2021.

visually confirmed the messages in the phone matched the
messages received via email from K.M. as described above

47.   On February 25, 2021, TFO David Roeder and I took
custody of two iPhones, including R.M.'s iPhone Xs described
above, and two USB drives: one containing the aforementioned
screenshots from R.M.'s iCloud from LAPD and another containing
images/video from R.M.'s "Ring" camera.[12] As noted above, I
accessed R.M.'s iPhone Xs using the passcode provided by R.M.'s
family and visually confirmed the messages in the phone with the
T-Mobile Telephone matched the screenshots contained in the USB
drive provided by the decedent's family. Also as noted above, I
saw and confirmed TODOROVA's name, email address, and phone
number for the T-Mobile Telephone saved in R.M.'s iPhone Xs
under the "Mimi Snowie" contact.

### E.   An Undercover Officer Communicates with TODOROVA, and the DEA Southwest Laboratory Confirms Items Seized from R.M.'s Home Contain Fentanyl

48.   On February 25, 2021, I received an email from Senior
Forensic Chemist Susan Ziegler of the DEA Southwest Laboratory
informing me that Exhibits 4 and 5 tested positive for fentanyl
residue and acetaminophen residue. Exhibit 4 is described as a
rolled up $10 bill. Exhibit 5 is described as a plastic baggie
containing a folded $20 bill with white residue.[13]

---

[12] Ring camera footage from the night of November 15, 2020, shows a car idling outside R.M.'s home that appears to be a white Honda that may be consistent with TODOROVA'S CAR, but the investigation has been unable to conclusively determine that as of this filing.

[13] As noted above, Exhibit 6 is described as one plastic prescription bottle in the name of R.M. for Trazadone 50 mg

49.   On March 2, 2021, an undercover LAPD officer ("UC-1") contacted TODOROVA via text messages. At approximately 9:35 a.m., UC-1 sent the first text message to the AT&T Telephone, and the conversation proceeded as follows:

UC-1 – Whats good, been a minute (9:35 a.m.)

UC-1 – I need some blues[14] if ur around (9:36 a.m.)

UC-1 – I could use some blow too (10:07 a.m.)

UC-1 – U got someone around for drop off (1:12 p.m.)

TODOROVA – Who is this? (1:26 p.m.)

UC-1 – Kevin its been a min (1:30 p.m.)

TODOROVA – Who referred you? (1:31 p.m.)

UC-1 – Im friends with alex (1:37 p.m.)

TODOROVA – Text me his phone number to verify (1:38 p.m.)

UC-1 – I lost my phone and contacts this is my new number
(1:39 p.m.)

TODOROVA – Oh sorry I can't help you. I don't know if this
Alex Is my friend or not (1:42 p.m.)

UC-1 – Im really in need of some blue (1:51 p.m.)

TODOROVA – Sorry I don't have that (1:54 p.m.)

---

tablets that contain light colored tablets, which the DEA Southwest Laboratory later determined to be Trazadone. Exhibit 7 is described as one plastic prescription bottle in the name of R.M. for Valacyclovir 500 mg tablets that contain dark colored tablets, which the DEA Southwest Laboratory later determined to not contain any controlled substances.

[14] Based on my training and experience, I know that Oxycodone is often blue in color and has markings "M" on one side and "30" on the other side. As previously described above, DEA Drug Exhibits 1, 2, and 3 include blue in color pills (Ex. 1) and pills with those markings (Exs. 2 and 3). I also know that illegal drug traffickers and manufacturers are known to create copycat pills that resemble pharmaceutical Oxycodone and that these pills are often made with fentanyl. R.M. asked for "Oxy blues" in the texts before his death.

50.   Based on my training and experience, I know that drug traffickers sometimes use various methods of security to keep their operations from being infiltrated or compromised by law enforcement or by any other individuals they do not trust or want to have knowledge and access to their operations. I believe that TODOROVA (communicating via the AT&T Telephone) attempted to "screen" UC-1 in the above text messages in order to determine if she was willing to coordinate a transaction with UC-1.

51.   On March 2, 2021, I received three final Chemical Analysis reports from the DEA Southwest Laboratory for Exhibits 1, 4, and 5. As described above, these exhibits tested positive for fentanyl. Exhibit 1 tested positive for a net weight of 0.426 grams of fentanyl with no listed weight for the following other substances that were detected in testing: tramadol, acetaminophen, dipyrone, caffeine, and lidocaine. Exhibits 4 and 5 tested positive for fentanyl with no listed weight, only residue. Additionally, both Exhibits 4 and 5 had no listed weight for acetaminophen that was detected during testing.

52.   On March 5, 2021, I received a final Chemical Analysis report from the DEA Southwest Laboratory for Exhibit 3. As described above, this exhibit tested positive for fentanyl. Exhibit 3 tested positive for a net weight of 0.103 grams of fentanyl and had no listed weight for the detected presence of acetaminophen.

**F.   Federal Magistrate Judges Authorize Search Warrants for Historical and Prospective Cell-Site Data**

53.   On March 3, 2021, the Honorable Alka Sagar, United States Magistrate Judge for the United States District Court for the Central District of California, signed a search warrant for historical cell-site data in Case Number 2:21-MJ-01051), and I served the warrant to T-Mobile and AT&T that same day. On March 5, 2021, the Honorable Maria Audero, United States Magistrate Judge for the United States District Court for the Central District of California, signed a search warrant for prospective GPS location data with cell-site simulator in Case Number 2:21-MJ-01106, and I served the warrant to AT&T on March 6, 2021.

54.   AT&T would not comply with either of the original warrants just described due to an outdated IMSI number that changed for the AT&T Telephone prior to signing of the warrants. Accordingly, on March 8, 2021, Magistrate Judge Audero signed an amended search warrant for prospective GPS location data with cell-site simulator in Case Number 2:21-MJ-01106, and I served the warrant to AT&T on March 8, 2021. And on March 11, 2021, Magistrate Judge Sagar signed an amended search warrant for historical cell-site data in Case Number 2:21-MJ-01051, and I served the warrant to AT&T on March 12, 2021.

### G. CBP Interviews TODOROVA Upon Her Return from Mexico, and She Does Not Identify Her AT&T Telephone or TODOROVA'S APARTMENT

55. On March 4, 2021, at approximately 5:16 p.m., SA Dansart spoke with CBP Supervising Officer Asuncion.[15] Officer Asuncion informed SA Dansart that TODOROVA had arrived back in the United States from Mexico and was at Terminal 7 at the Los Angeles International Airport ("LAX"). Officer Asuncion advised SA Dansart that TODOROVA had been pulled into secondary inspection and was about to be interviewed by CBP officers. Less than an hour later, at approximately 6:03 p.m., SA Dansart received a phone call from CBP Officer Lopez regarding the results of CBP's interview of TODOROVA, which revealed the following information:

a. TODOROVA advised she had traveled to Mexico on February 14, 2021, and spent her first three days there at the Temptations Resort in the Cancun area. On her fourth day in Mexico, she went to stay with a male known to her only as "Isaac," who TODOROVA had met on her previous travels to Mexico in December 2020. TODOROVA told CBP officers that Isaac works at the airport in Cancun and is a Mexican national. However, TODOROVA did not know Isaac's last name.

b. TODOROVA stated that she had traveled to Mexico to look at putting a down payment on a home that was in foreclosure. TODOROVA advised that she had withdrawn money from

---

[15] The following paragraphs containing information from CBP are a summary of the information SA Dansart received and that I discussed with him. On March 11, 2021, I obtained and reviewed a CBP Secondary Inspection Report for this event.

her bank account while in Mexico for the down payment but did not use it for that purpose because the foreclosure had not been finalized yet.

c.    TODOROVA further stated that she had thought about putting the money she withdrew in Isaac's Mexican bank account but ultimately decided not to. TODOROVA also stated that she owns an exotic pet that she pays to have boarded at the Bel Air Zoo in Mexico. TODOROVA told CBP officers that she planned to return to Mexico on March 13, 2021, in order to try to finalize putting a down payment on the previously mentioned pending foreclosure. She also stated that she would go to celebrate her birthday (March 19th).[16]

d.    TODOROVA told CBP officers that she is currently unemployed. She advised that she had worked for Thermo Fisher Scientific but was furloughed and/or laid off when the COVID-19 pandemic started in 2020.

e.    TODOROVA stated that she currently lives with her parents in Newbury Park, California.[17]

i.    Notably, although TODOROVA's California driver's license bears an address in Newbury Park, California, carrier subscriber data for the AT&T Telephone associates

---

[16] This matches with the known birthdate for TODOROVA listed on CA DMV records and matched with other records obtained over the course of this investigation. TODOROVA's birthday is March 19, 1988.

[17] Records obtained over the course of this investigation directly contradict TODOROVA's statement to CBP. Subscriber data from AT&T lists her address as TODOROVA'S APARTMENT. Financial records obtained via grand jury subpoenas also list this address for TODOROVA.

TODOROVA with a different address at TODOROVA'S APARTMENT, which is in the Eastown Apartment Complex in Los Angeles.

   f. TODOROVA stated that she currently did not have a U.S. cellphone number because she lost her phone and was not sure if she was going to get a new one.[18] She also told CBP officers that she did not remember her previous number.

    i. Again, records obtained over the course of this investigation directly contradict TODOROVA's statement to CBP that she did not have a U.S. cellphone number. Financial records obtained via grand jury subpoenas list the AT&T Telephone as the contact phone number for TODOROVA, and subscriber data for the AT&T telephone identify TODOROVA as that phone's subscriber.

   g. TODOROVA provided CBP officers with the phone number of 805-499-4281 for her parent's house.[19] TODOROVA also

---

[18] While the CBP Secondary Inspection Report did not include this detail, Officer Lopez told SA Dansart this information during the telephone call on March 4, 2021. SA Dansart was unable to get in contact with Officer Lopez until March 29, 2021. On March 29, 2021, SA Dansart received a phone call from Officer Lopez. During this phone call, Officer Lopez confirmed that during his interview with TODOROVA on March 4, 2021, she advised that she did not have a U.S. cellphone number and did not know her previous number or if she was going to get a new one.  Officer Lopez advised that since TODOROVA did not provide a U.S. cell phone number to him, he did not include this information in his report. Officer Lopez also advised that TODOROVA had been very vague in answering questions.

[19] According to a search of a reliable law enforcement database, this phone number comes back as active and located at an address in Newbury Park, California. The number is actively associated with D.T. and M.S. -- individuals believed to be TODOROVA's parents -- at the same address. Reporting information is as of March 2021.

stated that she had a Mexican cell phone[20] number (no further information at this time) that she used during her travels to Mexico.

        i.  As noted above, Carrier subscriber data identifies TODOROVA as the subscriber for the AT&T Telephone. Toll records show that the AT&T Telephone is active as of the most recently returned records on February 1, 2021, (covering the period of January 12, 2021, through January 31, 2021) and a recent tolls records request (for the period of February 2, 2021, through March 2, 2021) still identifies TODOROVA as the subscriber for the AT&T Telephone with TODOROVA'S APARTMENT listed as her address.

### H.    Identification and Surveillance of TODOROVA, TODOROVA'S APARTMENT, and TODOROVA'S CAR

    56.  According to California Department of Motor Vehicles records, TODOROVA is the registered leaseholder of TODOROVA'S CAR. The address associated with that car is the Newbury Park address. As noted above, however, the carrier subscriber data for the AT&T Telephone identifies the address associated with TODOROVA as TODOROVA'S APARTMENT in Los Angeles. TODOROVA'S

---

[20] While the CBP Secondary Inspection Report did not include this detail, Officer Lopez told SA Dansart this information during the telephone call on March 4, 2021. SA Dansart was unable to get in contact with Officer Lopez until March 29, 2021. On March 29, 2021, SA Dansart received a phone call from Officer Lopez. During this phone call, Officer Lopez confirmed that TODOROVA had stated that she had a Mexican cellphone number but did not have the phone on her at the time of the of the interview. Officer Lopez advised that there was no particular reason he did not include this information in his report and that he did not think to include it when he wrote the report.

APARTMENT is contained within the Eastown Apartment Complex, which has a secured parking structure (key fob access only for entry/exit). Investigative efforts regarding TODOROVA'S APARTMENT and the Eastown Apartment Complex revealed the following:

      a.   On March 2, 2021, while TODOROVA was in Mexico, HIDTA 52 investigators TFO Alex Pozo and TFO David Holmes went to the Eastown Apartment Complex and checked the entire parking structure but did not find TODOROVA'S CAR.

      b.   After TODOROVA returned from Mexico, however, I saw TODOROVA'S CAR parked in the parking structure at the Eastown Apartment Complex. On March 5, 2021, at approximately 8:46 a.m., I went to the Eastown parking structure and physically saw TODOROVA'S CAR parked in space number 204. On the front passenger side of TODOROVA'S CAR's windshield, I also saw a parking permit sticker, which said "EASTOWN" across the top and listed the parking permit number as 0377.

    57.  On March 9, 2021, HIDTA Group 52 conducted stationary and mobile surveillance of TODOROVA, TODOROVA'S APARTMENT, and TODOROVA'S CAR. As detailed below, between 3:00 p.m. and 10:25 p.m., TODOROVA made at least 8 stops of short duration and met with at least 6 unknown persons. Unless otherwise noted by time stamps or further details, TODOROVA's meetings and stops during this surveillance period were short (less than approximately 10 minutes), with most of the time spent trying to find a location and/or person or preparing to leave for a new location. Based on my training and experience and conversations with other

experienced law enforcement officers, I believe that TODOROVA's behavior is consistent with drug trafficking. Surveillance efforts revealed the following:

a.   On March 9, 2021, at approximately 3:00 p.m., investigators assigned to HIDTA Group 52 established surveillance in the area of the Eastown Apartment Complex (in which TODOROVA'S APARTMENT is located).

b.   At approximately 3:51 p.m., SA Dansart saw TODOROVA'S CAR exiting the parking garage at TODOROVA'S APARTMENT. Investigators followed TODOROVA'S CAR in heavy traffic and used court-authorized GPS location data for TODOROVA's AT&T Telephone for further assistance in tracking TODOROVA'S CAR when visual contact was lost in the vicinity of the Hollywood Blvd exit of US Highway 101 South.

c.   At approximately 4:20 p.m., TFO Pozo located TODOROVA'S CAR parked in a Bank of America parking lot, located at 1715 North Vermont Ave, Los Angeles, CA 90027. TFO Pozo saw TODOROVA inside TODOROVA'S CAR engaging in what appeared to be a long phone conversation, during which TODOROVA appeared animated at times.

d.   At approximately 5:58 p.m., TFO Roeder saw TODOROVA exiting the bank parking lot in TODOROVA'S CAR and traveling westbound on Hollywood Blvd. HIDTA 52 investigators followed TODOROVA'S CAR and maintained surveillance of it.

e.   At approximately 6:05 p.m., SA Dansart saw TODOROVA arriving outside the Eastown parking garage and idling in TODOROVA'S CAR outside the parking garage on Carlos Ave.

f.   At approximately 6:16 p.m., SA Dansart saw
TODOROVA entering the parking garage in TODOROVA'S CAR.

g.   At approximately 8:08 p.m., I saw TODOROVA
exiting the parking garage in TODOROVA'S CAR. HIDTA 52
investigators followed TODOROVA'S CAR away from TODOROVA'S
APARTMENT and maintained surveillance of it.

h.   At approximately 8:20 p.m., I saw TODOROVA parked
in TODOROVA'S CAR outside of a residence south of 3rd St. on
South Las Palmas Ave. I saw an unknown black male ("UM-1")
wearing a red hooded sweatshirt in the passenger seat of
TODOROVA'S CAR. I saw UM-1 appearing to exchange something with
TODOROVA in the center console area of TODOROVA'S CAR. Based on
my training and experience and conversations with other
experienced law enforcement officers, this behavior is
consistent with quick, hand-to-hand drug transactions. HIDTA 52
investigators followed TODOROVA'S CAR away from this location
and maintained surveillance of it.

i.   At approximately 8:34 p.m., TFO Pozo observed
TODOROVA idling in TODOROVA'S CAR with her blinkers on outside
of Duet on Wilcox Apartments, located at 1745 Wilcox Ave, Los
Angeles, CA 90028. TFO Pozo observed an unknown male ("UM-2")
come out to meet with TODOROVA. HIDTA 52 investigators followed
TODOROVA'S CAR away from this location and maintained
surveillance of it.

j.   At approximately 8:47 p.m., TFO Roeder saw
another unknown white male ("UM-3") entering TODOROVA'S CAR
on the passenger side outside of the Janet L. Witkin Center, an

apartment complex located at 937 North Fairfax Ave, West
Hollywood, CA 90046. At approximately 8:54 p.m., TFO Roeder
observed UM-3 exiting TODOROVA'S CAR and TODOROVA'S CAR
departing southbound. HIDTA 52 investigators followed TODOROVA'S
CAR away from this location and maintained surveillance of it.

       k.   At approximately 9:01 p.m., TFO Pozo observed
TODOROVA parking TODOROVA'S CAR on the side of the road near
Drexel Ave, east of Hauser Blvd. At approximately 9:04 p.m., I
observed TODOROVA repositioning TODOROVA'S CAR further south on
Hauser Blvd and pulling up to an entrance to Park La
Brea Apartments. After waiting for a few minutes, TODOROVA then
backed out and went north on Hauser Blvd and stopped on the east
side of Hauser Blvd, near the intersection with Fuller Ave. I
then observed TODOROVA preparing to meet with another unknown
white male ("UM-4") who was standing on the sidewalk and
appeared to be waiting for her.[21] TFO Holmes saw UM-4 getting
into the front passenger seat of TODOROVA'S CAR. After a few
minutes, TFO Holmes saw UM-4 exiting TODOROVA'S CAR and walking
towards the Palazzo East Apartments, located at 348 Hauser Blvd,
Los Angeles, CA 90036, and entering an access door to the
building that faced west towards Hauser Blvd. HIDTA 52
investigators followed TODOROVA'S CAR away from this location
and maintained surveillance of it.

---

    [21] According to TFO Holmes, UM-4 had been standing on the
sidewalk waiting when TFO Pozo saw TODOROVA arriving in the
area, but as noted above, I observed her repositioning
TODOROVA'S CAR twice before meeting with UM-4. TODOROVA appeared
to be confused on where she was supposed to meet with UM-4.

l.    At approximately 9:15 p.m., TFO Roeder saw TODOROVA stopping in TODOROVA'S CAR near the intersection of Wilshire Blvd and South Stanley Ave. HIDTA 52 investigators followed TODOROVA'S CAR away from this location and maintained surveillance of it.

m.    At approximately 9:34 p.m., TFO Pozo observed TODOROVA idling in TODOROVA'S CAR outside of Woodcliff Apartment Homes, located at 3201 Overland Ave, Los Angeles, CA 90034, and then meeting with another unknown white male ("UM-5") in the passenger seat. According to TFO Pozo, UM-5 was walking south on Overland Ave talking on a cell phone and appeared to be looking for someone. TFO Pozo advised that he believed that UM-5 may have thought TFO Pozo's vehicle was TODOROVA'S CAR UM-5 was supposed to meet with and that UM-5 seemed unsure of where to go and who to meet. TFO Pozo saw TODOROVA'S CAR further south of UM-5 on Overland Ave. TFO Pozo saw TODOROVA'S CAR reversing in a northbound direction on Overland Ave. TFO Pozo then saw UM-5 getting into the front passenger seat of TODOROVA'S CAR. TFO Pozo then saw UM-5 examining something indiscernible in his hand and then putting something in his right front pocket after exiting TODOROVA'S CAR. HIDTA 52 investigators followed TODOROVA'S CAR away from this location and maintained surveillance of it.

n.    At approximately 9:55 p.m., TFO Roeder saw TODOROVA idling in TODOROVA'S CAR in a poorly lit area south of Lexington Ave on Seward St. HIDTA 52 investigators followed

TODOROVA'S CAR away from this location and maintained
surveillance of it.

o.    At approximately 10:10 p.m., TFO Carlos Bedolla
and TFO Pozo saw TODOROVA in TODOROVA'S CAR meeting with another
unknown black male ("UM-6") near the intersection of North
Sweetzer Ave and Rosewood Ave. TFO Bedolla and TFO Pozo were
unable to see what method UM-6 used (whether physically in
TODOROVA'S CAR, leaning in the window, etc.) to meet with
TODOROVA due to the angle of how TODOROVA'S CAR was positioned,
but TFO Pozo confirmed that he was able to see UM-6 walking away
from TODOROVA'S CAR on the driver's side. HIDTA 52
investigators followed TODOROVA'S CAR away from this location
and maintained surveillance of it.

p.    At approximately 10:25 p.m., HIDTA 52 terminated
surveillance on TODOROVA while she was traveling southbound on
La Cienega Blvd in TODOROVA'S CAR.

q.    According to court-authorized GPS location data
for TODOROVA's AT&T Telephone, after the surveillance period
ended on March 9, 2021, she continued to be active and away from
TODOROVA'S APARTMENT until approximately 2:32 a.m. on March 10,
2021. GPS location data showed TODOROVA traveling to the
Venice/Santa Monica area from approximately 11:00 p.m. to 11:30
p.m. Then, she appeared to travel back east on I-10 E before
going on 110 N, 101 N, and 134 E with GPS location data in the
Pasadena area at approximately 12:45 a.m. on March 10, 2021. The
GPS location data showed her traveling back south and west to
the Hollywood area and on to the Mid-Wilshire area, with GPS

location data in Mid-Wilshire at approximately 1:31 a.m. From this area, the GPS location data showed her traveling east to the vicinity of West Olympic Blvd and South Western Ave, where she stayed from approximately 1:46 a.m. to at least 2:02 a.m. before GPS location data placed her on North Gower St, just south of Selma Ave, at approximately 2:17 a.m. This location is approximately less than a half mile from TODOROVA'S APARTMENT. The next two GPS location data after this location are historical (according to the data, the first historical GPS location was acquired at approximately 2:32 a.m.), which has shown to sometimes occur when a GPS signal to the phone is blocked by her parking garage in this investigation, and the GPS location data after those are consistent with TODOROVA being at TODOROVA'S APARTMENT. I believe TODOROVA had arrived at TODOROVA'S APARTMENT at approximately 2:32 a.m. according to the historical GPS location data and the GPS location data that followed.

r.   Based on my training and experience and conversations with other experienced law enforcement officers, I believe that TODOROVA's behavior during this surveillance period is consistent with drug traffickers conducting multiple transactions with multiple customers. Additionally, utilizing a vehicle for quick transactions from either the window or inside the vehicle is consistent with drug trafficking behavior.

58.  On March 10, 2021, HIDTA Group 52 conducted stationary and mobile surveillance of TODOROVA, TODOROVA'S APARTMENT, and TODOROVA'S CAR. Surveillance efforts revealed the following:

a.    On March 10, 2021, at approximately 7:30 p.m., investigators assigned to HIDTA Group 52 and HIDTA Group 51 established surveillance in the vicinity of TODOROVA'S APARTMENT to cover an attempted undercover buy of illegal drugs from TODOROVA with an LAPD Officer acting in an undercover ("UC-2") capacity.

b.    At approximately 7:33 p.m., UC-2 sent the first text message to the AT&T Telephone, and the conversation proceeded as follows:

UC-2 - U around tonight. Need some blues[22] (7:33 p.m.)

UC-2 - U around Hollywood? (7:56 p.m.)

UC-2 - Hello?? (8:23 p.m.)

UC-2 - Please I really need some. Ill pay xtra for
        delivery (9:07 p.m.)

TODOROVA - No sorry (9:26 p.m.)

UC-2 – Ok thanks anyway. Another time maybe (9:30 p.m.)

c.    HIDTA 52 investigators terminated the buy attempt operation at this point and dismissed LAPD assistance and HIDTA 51 investigators for the night. HIDTA 52 continued to maintain surveillance at TODOROVA'S APARTMENT.

d.    At approximately 9:29 p.m., TFO Bedolla saw TODOROVA parking TODOROVA'S CAR just east of the parking garage

_____

[22] Based on my training and experience, I know that Oxycodone is often blue in color and has markings "M" on one side and "30" on the other side. As previously described above, DEA Drug Exhibits 1, 2, and 3 include blue in color pills (Ex. 1) and pills with those markings (Exs. 2 and 3). I also know that illegal drug traffickers and manufacturers are known to create copycat pills that resemble pharmaceutical Oxycodone and that these pills are often made with fentanyl. R.M. asked for "Oxy blues" in the texts before his death.

entrance to TODOROVA'S APARTMENT on Carlos Ave. TFO Bedolla saw a male passenger ("UM-7"), later identified as I.D., in the front passenger seat of TODOROVA'S CAR.

e.   At approximately 9:31 p.m., TFO Bedolla saw TODOROVA and I.D. exiting TODOROVA'S CAR entering a white Jeep Compass bearing Florida license plate number ending in -66 (the "White Jeep 1").

f.   At approximately 9:33 p.m., TFO Bedolla saw TODOROVA exiting the White Jeep 1 and returning to TODOROVA'S CAR, where she waited for approximately ten minutes.

g.   At approximately 9:43 p.m., TFO Bedolla saw TODOROVA making a U-turn on Carlos Ave in TODOROVA'S CAR and holding briefly at the Eastown parking garage before entering. Surveillance of TODOROVA was terminated for the night at this point.

59.  On March 15, 2021, HIDTA Group 52 conducted stationary and mobile surveillance of TODOROVA, TODOROVA'S APARTMENT, and TODOROVA'S CAR. Surveillance efforts revealed the following:

a.   On March 15, 2021, at approximately 2:00 p.m., investigators assigned to HIDTA Group 52 established surveillance in the vicinity of TODOROVA'S APARTMENT.

b.   At approximately 2:15 p.m., I physically saw TODOROVA'S CAR parked in parking space number 204 within the Eastown parking garage.

c.   At approximately 3:43 p.m., TFO Bedolla saw TODOROVA'S CAR exiting the parking garage and SA Dansart confirmed that TODOROVA was driving. HIDTA 52 investigators

followed TODOROVA'S CAR away from this location and maintained surveillance of it.

d. At approximately 3:50 p.m., TFO Holmes and I saw TODOROVA'S CAR parked north of Bank of America (1715 N Vermont Ave, Los Angeles, CA 90027) in the Tower Plaza shopping center parking lot, located at 1727 N Vermont Ave, Los Angeles, CA 90027.

e. At approximately 3:56 p.m., TFO Pozo saw TODOROVA, wearing a tie-dyed hooded sweatshirt and a red skirt, inside the Bank of America lobby. TFO Pozo entered the bank and watched TODOROVA's actions.

f. At approximately 4:00 p.m., TFO Pozo saw TODOROVA at the counter speaking with a bank teller. TFO Pozo saw a person, who appeared to be in a management position, approach TODROVA and the teller. TFO Pozo observed TODOROVA receiving approximately three stacks of cash, which in his opinion looked to be approximately $3,000.00. TFO Pozo saw the money going into a white envelope and then TODOROVA sat down with the envelope in a waiting area. TFO Pozo saw a bank staff member approach TODOROVA and ask if she needed assistance. According to TFO Pozo, the bank staff appeared to be familiar with TODOROVA at this location. TFO Pozo overheard a conversation with the bank staff member and TODOROVA in which an appointment was made for 3:40 p.m. on March 16, 2021, for TODOROVA to come back to the bank.

g. At approximately 4:07 p.m., I saw TODOROVA exiting the Bank of America and walking north to TODOROVA'S CAR

and entering the driver's seat. At approximately 4:09 p.m., I
saw TODOROVA reaching around in the driver's side rear seat area
from the driver's seat. TODOROVA then got out of the driver's
seat and closed the door before entering the driver's side rear
area of TODOROVA'S CAR and closing the door. At approximately
4:14 p.m., I saw TODOROVA exiting the driver's side rear area of
TODOROVA'S CAR, closing the door, and entering the driver's
seat.

> h.   At approximately 4:17 p.m., I saw TODOROVA
exiting the Tower Plaza shopping center parking lot in
TODOROVA'S CAR. TODOROVA went south on Vermont Ave and then west
on Hollywood Blvd. HIDTA 52 investigators followed TODOROVA'S
CAR away from this location and maintained surveillance of it.

> i.   At approximately 4:25 p.m., TFO Holmes saw
TODOROVA'S CAR parked on Carlos Ave on the north side of the
Eastown Apartment Complex (in which TODOROVA'S APARTMENT are
located).

> j.   At approximately 4:29 p.m., TFO Bedolla saw
TODOROVA exiting the Eastown Apartment Complex, carrying a white
plastic bag in her left hand by the included handles, which
appeared to contain an unknown small, weighted, rectangular
object, and getting into TODOROVA'S CAR.

> k.   At approximately 4:32 p.m., TFO Holmes saw
TODOROVA turning around in TODOROVA'S CAR and departing
TODOROVA'S APARTMENT from Carlos Ave heading northbound on
Argyle Ave towards US 101 southbound. HIDTA 52
investigators followed TODOROVA'S CAR away from this location

and maintained surveillance of it, briefly losing visual contact near Alameda St and Main St in the northeast area of downtown Los Angeles.[23]

l.   At approximately 4:53 p.m., SA Dansart saw TODOROVA in TODOROVA'S CAR traveling southbound on Moulton Ave. TODOROVA appeared to be lost or unsure of where she was traveling in this area.

m.   At approximately 4:57 p.m., TFO Pozo saw TODOROVA parked in TODOROVA'S CAR at the end of Avenue 21, in the vicinity of 660 S Avenue 21 #6, Los Angeles, CA 90031 and 2100 N Main St, Los Angeles, CA 90031. This area has numerous older buildings and businesses that have been repurposed for entertainment, such as breweries.

n.   At approximately 5:08 p.m., SA Dansart saw TODOROVA backing up in TODOROVA'S CAR and exiting the brewery area heading north on Moulton Ave for N Main St. HIDTA 52 investigators followed TODOROVA'S CAR away from this location and maintained surveillance of it. TODOROVA traveled west on I-10 to southbound 110 and exited on Adams Blvd, traveling west.

o.   At approximately 5:34 p.m., Group Supervisor ("GS") Arthur Stone and TFO Pozo saw TODOROVA parking TODOROVA'S CAR on the curb in front of a two story building with green

_____

[23] HIDTA 52 investigators saw TODOROVA looking at her phone or looking down at her lap numerous times while actively driving and while stationary. TODOROVA appeared to possibly be using mapping directions or mapping applications on her phone, such as Google Maps, Apple Maps, etc., during her travel and got turned around/lost several times while traveling to the downtown location on Avenue 21.

paint on the front and a large circular symbol (white circle
with two, dark colored, slim triangles pointing down) above the
double door entryway on the north side of W Adams Blvd (the
"Green Building"), with TODOROVA'S CAR facing west. Multiple
addresses are linked to the Green Building.[24]  The addresses
include: 1881, 1879,[25] 1877, and 1875 W Adams Blvd, Los Angeles,
CA 90018. GS Stone saw that TODOROVA appeared to be very focused
on something in her lap while in the driver's seat of TODOROVA'S
CAR at this location.

          p.  At approximately 5:44 p.m., GS Stone saw TODOROVA
exiting TODOROVA'S CAR carrying what appeared to possibly be a
cell phone and a white envelope[26] in her right hand and walking
eastbound towards a tan building before turning around and going
to the Green Building she parked in front of in TODOROVA'S CAR.
GS Stone did not see TODOROVA carrying any bag or bags in her
hands. GS Stone saw TODOROVA walking into the Green Building
using the double door entryway and meeting with an individual
that appeared to be an unknown Hispanic male with long, dark

---

[24] I checked Google Maps and multiple addresses are
associated with this location. Additionally, law enforcement
database searches at this location indicate that there may be
residential apartments located within the building. GS Stone
also saw a red door with the letters "J, K, L, M, N, O" on it,
consistent with markings found in a residential apartment
complex.

[25] As noted above, the Green Building is one building, but
contains multiple addresses linked to it. As described further
below, one of the addresses associated with the Green Building,
-- 1879 W Adams Blvd, Los Angeles, CA 90018 -- was described as
a drug stash house by a DEA CS.

[26] As noted above, TODOROVA received cash from Bank of
America in a white envelope approximately less than two hours
before on this same day.

hair wearing a black and white shirt ("UM-7"). GS Stone did not
see UM-7 again.

q.   At approximately 6:05 p.m., GS Stone saw another
unknown male ("UM-8") exiting the Green Building with phone in
hand and wearing a backpack, walking eastbound.

r.   At approximately 6:27 p.m., GS Stone saw another
individual that appeared to be an unknown Hispanic male ("UM-9")
and an individual that appeared to be an unknown Hispanic
female, wearing a gray shirt ("UF-1"), entering the Green
Building from the street. UF-1 went in and out of the Green
Building several times and appeared to be working a cleaning or
housekeeping job. At this point, GS Stone also noticed a red
door inside the green building lobby area on the west side. The
red door had the letters "J, K, L, M, N, O" on it, consistent
with markings found in a residential apartment complex. The red
door also appeared to have a deadbolt and possibly an access
code box/card reader device.

s.   At approximately 6:37 p.m., GS Stone saw TODOROVA
exiting the Green Building and returning to TODOROVA'S CAR with
what appeared to be a white/pinkish plastic bag in her right
hand, which GS Stone did not see when TODOROVA first entered the
Green Building. GS Stone noted that the bag appeared to have
some weight to it. Based on his training and experience, in his
estimation, GS Stone believed that bag could have contained 5-10
pounds of unknown objects/substances. GS Stone saw TODOROVA
enter the driver's seat of TODOROVA'S CAR and again spend time
focusing on something in her lap.

t.   At approximately 6:40 p.m., SA Dansart saw TODOROVA leaving this location in TODOROVA'S CAR and traveling west on W Adams Blvd before turning north on Western Ave. HIDTA 52 investigators followed TODOROVA'S CAR away from this location and maintained surveillance of it, briefly losing visual contact in the vicinity of northbound Western Ave and the I-10 interchange. Based on court-authorized GPS location data for the AT&T Telephone,[27] I determined that TODOROVA was traveling in a direction consistent with her residence at TODOROVA'S APARTMENT.

u.   At approximately 6:55 p.m., TFO Pozo saw TODOROVA in TODOROVA'S CAR at the intersection of N Gower St and Hollywood Blvd, traveling west on Hollywood Blvd.

v.   At approximately 6:58 p.m., TFO Pozo saw a vehicle that looked similar to TODOROVA'S CAR preparing to enter the Eastown parking garage.

w.   At approximately 7:05 p.m., I checked cell phone GPS location data (received at approximately 7:03 p.m.) that showed that the AT&T Telephone was located at coordinates consistent with TODOROVA'S APARTMENT.[28]

x.   At approximately 7:13 p.m., I physically saw TODOROVA'S CAR parked in parking space #204 in the Eastown parking garage.

---

[27] Cell phone GPS location data for the AT&T Telephone showed a recent location in the vicinity of northbound 110, near Pico Blvd.

[28] I have received GPS location data for the AT&T Telephone since approximately 8:48 p.m. on March 8, 2021, pursuant to a court order. I have analyzed the GPS location data and become familiar with GPS coordinates that are consistent with the location of TODOROVA'S APARTMENT.

y.   At approximately 9:00 p.m., surveillance was terminated for the evening. I checked the GPS location data prior to termination of surveillance and determined that the AT&T Telephone was located at coordinates consistent with TODOROVA'S APARTMENT.

z.   Based on my training and experience and conversations with other experienced law enforcement officers, I believe that TODOROVA obtained cash in a white envelope from Bank of America earlier in the day and brought that white envelope with her to the Green Building to exchange the cash for illegal drugs with unknown co-conspirators.

60.   On March 16, 2021, I received and reviewed information regarding a drug stash house linked to the Arellano Felix Cartel located at 1879 W Adams Blvd, Los Angeles, CA 90018. This information was from a June 4, 2020 interview with a DEA CS.[29] Furthermore, this information provided that an individual named R.M.N. operated the drug stash house at this location.[30] R.M.N. was later stopped by DEA TFOs at the Dallas International Airport on November 12, 2020, and possessed a backpack that

_____

[29] The CS was opened as a confidential human source in June 2020. On June 3, 2020, the CS was arrested by CBP for transporting controlled substances. The CS began cooperating after being detained by CBP and DEA for this conduct. The CS has been cooperating to work off the charges, but no other forms of consideration or inducements have been requested by, or offered to the CS. The CS has no other known criminal history. The CS has provided reliable information that has been corroborated by law enforcement.

[30] On March 16, 2021, I received and reviewed a California Department of Motor Vehicles image record for R.M.N. and the document listed his address as 1879 W Adams Blvd [Apartment Number Omitted], Los Angeles, CA 90018. As previously noted, this building appears to contain residential apartments.

contained marijuana, drug packaging materials, and over $3,000.00 in cash.

61.   On March 23, 2021, HIDTA Groups 52 and 51 conducted stationary and mobile surveillance of TODOROVA, TODOROVA'S APARTMENT, and TODOROVA'S CAR. Surveillance efforts revealed the following:

    a.   On March 23, 2021, at approximately 3:15 p.m., investigators assigned to HIDTA Groups 52 and 51 established surveillance in the vicinity of TODOROVA'S APARTMENT.

    b.   At approximately 7:56 p.m., GPS location data for TODOROVA'S Phone showed a location north of TODOROVA'S APARTMENT. Investigators began to search the areas near the GPS location while TFO Holmes confirmed that TODOROVA'S CAR was still present and parked in space number 204 within the parking garage at TODOROVA'S APARTMENT.

    c.   At approximately 9:00 p.m., TFO Holmes located a blond female, who I later saw and confirmed to be TODOROVA, walking southbound on North Beechwood Drive near Belden Drive. TFO Holmes and TFO Pozo kept at a distance and followed TODOROVA. GPS location data over the next approximately thirty minutes also indicated a high likelihood that the observed female was indeed TODOROVA.

    d.   At approximately 9:34 p.m., I placed a call to TODOROVA'S AT&T Telephone using an undercover phone number. TODOROVA did not answer.

    e.   At approximately 9:35 p.m., I placed a call to TODOROVA's AT&T Telephone using an undercover phone number.

TODOROVA did not answer. I then received a text message from
TODOROVA's AT&T Telephone:

> TODOROVA – Hi who's this? (9:35 p.m.)
>
> UC – Mike (9:36 p.m.)

f.   While I was contacting TODOROVA as described
above, SA Dansart saw TODOROVA on the sidewalk south of Franklin
Ave and just west of the intersection of North Beechwood Drive
and Franklin Ave and confirmed it was her.  Just before I
received the text message from TODOROVOA's AT&T telephone
described above, SA Dansart saw TODOROVA stop walking, look down
at her phone, and appear to manipulate a cellphone in her hand.
Based on my training and experience, knowledge of the
investigation, and SA Dansart's observations, I believe TODOROVA
texted me using her AT&T Telephone. TODOROVA then continued
walking and went west on Franklin Ave before traveling south on
Argyle Ave.

g.   At approximately 9:41 p.m., TFO Bedolla saw
TODOROVA walking south on Argyle Ave and approaching Carlos Ave.
As TODOROVA hit Carlos Ave, I saw TODOROVA clearly through the
use of binoculars and confirmed her identity. TODOROVA walked
east on the southern sidewalk of Carlos Ave before turning south
and entering an access door on the north side of Eastown
Apartment Complex, in which TODOROVA'S APARTMENT is located. I
saw that TODOROVA was dressed in athletic or exercise attire:
dark colored athletic pants/leggings, a blue tank top, and had
what appeared to be a white sweatshirt tied around her waist.

h.   At approximately 9:52 p.m., TODOROVA exited the
Eastown Apartment Complex parking garage in TODOROVA'S CAR and
traveled northbound on Argyle Ave. Investigators followed
TODOROVA'S CAR and maintained surveillance of it away from this
location.

i.   At approximately 10:02 p.m., TODOROVA stopped at
4254 Brunswick Ave, Los Angeles, CA 90039. I saw TODOROVA exit
TODOROVA'S CAR and walk around the front of the vehicle heading
towards a house. SA Dansart and I saw TODOROVA appear to wave in
the direction of the house. SA Dansart then saw an unknown white
male with short hair and wearing a t-shirt and shorts ("UM-10"),
approaching TODOROVA'S CAR. SA Dansart and I saw UM-10 arrive at
TODOROVA'S CAR and lean on the vehicle's frame above the
passenger window, which was open. SA Dansart and I saw UM-10
briefly conversing with TODOROVA through the open passenger
window frame and then reaching an arm into TODOROVA's CAR toward
TODOROVA. UM-10 then turned and walked into the house at the
above listed address. SA Dansart saw a 2015 white Jeep, possibly
a Cherokee model, with California license plate ending in -78
(the "White Jeep 2"). I later ran this license plate and
determined that the White Jeep 2 was registered to K.C.K. at the
same above address where UM-10 was seen entering after meeting
with TODOROVA. Investigators followed TODOROVA in TODOROVA'S CAR
away from this location and attempted to maintain surveillance
of it.

j.   Shortly after leaving this location, TODOROVA
appeared to be lost and turned around near the I-5 interchange

at Los Feliz Blvd before taking I-5 South. GS Stone saw TODOROVA take 110 North towards Pasadena but was unable to follow due to traffic. Investigators attempted to catch up but were unable to do so. GPS location data showed that TODOROVA traveled north towards Pasadena and then appeared to travel back south and west.

k.    At approximately 10:29 p.m., SA Dansart and I received GPS location data showing that TODOROVA's AT&T Telephone was centered just northeast of the Green Building (approximately 0.3 miles away), which is the same building investigators saw TODOROVA travel to and spend time at previously on March 15, 2021, as described above. Investigators attempted to catch up but were unable to stay ahead of the GPS location data and spread out to try and locate TODOROVA in the area.

l.    At approximately 10:44 p.m., GPS location data showed TODOROVA traveling on 110 North towards 101 North. Investigators attempted to catch up to TODOROVA but were unable to do so.

m.    At approximately 10:59 p.m., GPS location data showed TODOROVA at the Eastown Apartment Complex. TFO Holmes checked the Eastown parking garage, and at approximately 11:03 p.m., he saw TODOROVA'S CAR parked in space number 204 and saw TODOROVA walking to nearby elevators.

n.    On March 24, 2021, at approximately 1:15 a.m., surveillance was terminated. GPS location data showed that TODOROVA's AT&T Telephone was at the Eastown Apartment Complex,

in which TODOROVA's APARTMENT is located, for the remainder of
the night.

### I.   Federal Agents Execute Court-Authorized Search Warrants and Discover Suspected Controlled Substances in TODOROVA's APARTMENT

62.  On March 19, 2021, the Honorable Alexander F.
MacKinnon, United States Magistrate Judge for the United States
District Court for the Central District of California, signed
search warrants for TODOROVA's person, TODOROVA's APARTMENT, and
TODOROVOA's CAR in Case Numbers 2:21-MJ-01349, 2:21-MJ-01351,
and 2:21-MJ-01352, respectively.

63.  On March 24, 2021, at approximately 3:45 p.m., federal
agents and I began executing these warrants. Utilizing a marked
LAPD patrol vehicle, TODOROVA was stopped at a Mobil gas station
just north of Eastown Apartment Complex, located at 6228
Franklin Ave, Los Angeles, 90028. SA Dansart and I approached
TODOROVA when LAPD Officers Kulpers (Serial # 42896) and Riggen
(Serial # 40698) had detained her in handcuffs outside of
TODOROVA'S CAR for the safety of all involved. SA Dansart and I
explained that federal search warrants were being executed for
TODOROVA, TODOROVA'S CAR, and TODOROVA'S APARTMENT.

a.   Inside TODOROVA'S CAR, investigators found
TODOROVA's AT&T Telephone on the center console with a mapping
application open that appeared to be displaying a course to the
Bank of America that investigators have previously observed
TODOROVA visiting, as described above. Investigators placed the
phone in "Airplane" mode, turned off the Wifi connection,
plugged in the power cable, and left the phone on and running.

TODOROVA's CAR was later searched at approximately 9:30 p.m. and remains impounded with LAPD. On TODOROVA'S person, we found no items or evidence to be seized. SA Dansart and I asked TODOROVA which key opened TODOROVA's APARTMENT and she indicated the correct key, which I used to unlock the door to enter TODOROVA'S APARMENT during the service of the federal search warrant.

64.   At approximately 4:30 p.m., federal agents and I knocked and announced our presence and with no response heard from inside, I used the key to unlock the door to TODOROVA'S APARTMENT. No one was inside TODOROVA's APARTMENT. Federal agents and I saw numerous suspected illegal drugs in various stages of packaging in multiple locations within TODOROVA'S APARTMENT. Due to the presence of white powder, LAPD Clandestine Laboratory Team responded to the scene at approximately 6:00 p.m. and prepared to enter the apartment and check for the presence of fentanyl. When determined safe to enter to conduct a proper search, investigators then began searching TODOROVA'S APARTMENT and collecting evidence.

65.   At TODOROVA'S APARTMENT, we found and seized 52 DEA drug exhibits, in addition to an unknown number of DEA non-drug exhibits that are pending processing at the time of this complaint. The search of TODOROVA'S APARTMENT concluded at approximately 10:00 p.m. and it was left locked and secured. The 52 DEA drug exhibits found inside TODOROVA's APARTMENT include, but are not limited to, the following:

a.    One brick shaped package and multiple other exhibits that the DEA Southwest Laboratory later determined to collectively contain approximately 901.76 grams of cocaine;

b.    Pills that the DEA Southwest Laboratory later determined to contain approximately 2.12 grams of MDMA;

c.    Substances that the DEA Southwest Laboratory later determined to contain approximately 89.8 grams of ketamine;

d.    At least nine plastic bags filled with multiple pills and capsules of varying size, color, and shape suspected to be illegal drugs, including one light blue pill[31] stamped with marking "M" on one side and "30" on the other, which the DEA Southwest Laboratory later determined to contain fentanyl;

e.    Substances believed to be psilocybin mushrooms;

f.    Substances believed to be and labeled as lidocaine;

g.    Packaging materials consistent with drug trafficking;

h.    Plastic baggies consistent with drug trafficking;

---

[31] This pill, Exhibit 56, was originally described as a white pill stamped with marking "M" on one side and "30" on the other. When the DEA Southwest Laboratory chemist opened the evidence bag to process and test the pill, she determined the pill to be light blue, not white, and noted that fact to me via email on April 16, 2021. Based on my training and experience, I know that Oxycodone is often blue in color and has markings "M" on one side and "30" on the other side. As previously described above, DEA Drug Exhibits 1, 2, and 3 include blue in color pills (Ex. 1) and pills with those markings (Exs. 2 and 3). I also know that illegal drug traffickers and manufacturers are known to create copycat pills that resemble pharmaceutical Oxycodone and that these pills are often made with fentanyl. R.M. asked for "Oxy blues" in the texts before his death.

      i.    Empty pill capsules consistent with drug trafficking;

      j.    A small digital scale with suspected illegal drug residue;

      k.    Bulgarian passport with number 384325327;

      l.    Canadian passport with number GF970922;

      m.    United State passport with number 496995601;

      n.    A gold colored Apple iPhone cellular telephone with a clear case identified on the back as "Model A1661" ("Digital Device 1"), found near suspected illegal drugs in the apartment hallway, near the front door;

      o.    A white Apple iPhone cellular telephone with a cracked/damaged screen identified on the back as "Model A1456" ("Digital Device 2") found in top left drawer of a bedroom dresser with pills found in nearby dresser drawer to the right; and

      p.    A silver HP laptop computer with Serial Number GSC1014071 ("Digital Device 3"), found in a bedroom closet near lidocaine.

66. In TODOROVA'S CAR, we found the following:

      a.    TODOROVA's AT&T Telephone;

      b.    Approximately $200; and

      c.    Bank of America receipts.

67. At approximately 6:55 p.m., SA Dansart and I advised TODOROVA of her Miranda Rights at the Hollywood LAPD Station, located at 1358 North Wilcox Ave, Los Angeles, CA 90028. TODOROVA signed a DEA-13 Advisement of Rights Form and affirmed

that she understood her rights as they were read to her and as
she read herself. SA Dansart and I signed as witnesses. TODOROVA
invoked her right to an attorney.

### J.   Initial Review of TODOROVA's AT&T Telephone Confirms Messages Sent to R.M. and Shows Numerous Messages with Drug Customers Over the Last Few Years

68.   At approximately 11:00 p.m., I began an initial review
of TODOROVA's AT&T Telephone, which showed that TODOROVA used
the AT&T Telephone, and its number 323-688-9519 (which was
previously carried by T-Mobile prior to December 12, 2020), to
conduct and coordinate illegal drug transactions with R.M. and
many other customers over the last few years while in the Los
Angeles area and while abroad in Mexico and used a network of at
least 19 possible drivers (saved in the phone as contacts with
the word "Driver"). Specifically, review of TODOROVA's AT&T
Telephone shows the following:

a.   TODOROVA has a contact saved as "R-- Client Rich
Kid" with a phone number that matches the phone number for
decedent R.M. (phone number ending in -1671). TODOROVA's AT&T
Telephone still had the messages between TODOROVA and R.M.
coordinating the sale of drugs on November 15, 2020, the night
before R.M.'s death. I also saw messages following R.M.'s death
in which TODOROVA advertised the sale of additional drugs to
R.M. in December 2020 and January 2021. Additionally, the
conversation history dates back to November 8, 2018, at
approximately 7:59 p.m., where decedent R.M. texted TODOROVA and
informed her of R.M.'s new phone number and that R.M. lived in
Los Angeles. This conversation history documents numerous

illegal drug transactions over the last few years and shows that TODOROVA and R.M. have known each other for a few years.

b.    TODOROVA received iMessages, including photos, from a customer during the period of February 20 and February 21, 2021, in which the customer expressed concern and dissatisfaction with a recent order. The customer claimed to have "flushed all of the bags" and that they "tested positive for fentanyl from multiple people including myself." The customer claimed to have conducted their own test, which came back positive for fentanyl, and that an emergency room nurse (customer's neighbor "who also parties") also came over and used her own test kit on the customer's drugs. The customer claimed to have been "a happy customer for a long time" but was very concerned about receiving "bags" from TODOROVA's unidentified driver that tested positive for fentanyl and that they were willing to work towards an agreement to swap out for "normal good stuff."

c.    TODOROVA's AT&T Telephone has at least nineteen contacts saved with the word "Driver" included as part of the contact information. For example, a March 21, 2021 message to a contact listed as "Don Driver," details names, hourly schedules, and hourly/daily/nightly salaries for drivers to deliver for her. Based on my initial review of her messages and my training and experience, I believe TODOROVA uses a network of delivery drivers, under her control and authority, to coordinate the distribution illegal drugs;

     d.   TODOROVA's AT&T Telephone has numerous phone calls and text message conversations with clients and drivers regarding the sale of illegal drugs. TODOROVA's AT&T Telephone has a very high number of individual threads in the iMessage application. There are numerous examples of illegal drug listings being sent from the phone to various numbers and saved contacts that describe types of drugs, pricing, availability of delivery, etc. that are consistent with the messages received by R.M. as described further above;

     e.   Several messages show TODOROVA inviting customers to come pick up their orders, including one iMessage thread from March 23, 2021, in which TODOROVA directs the customer to come pick up the agreed upon order from her on Carlos Ave, adjacent to the Eastown Apartment Complex that contains TODOROVA's APARTMENT, indicating that she likely keeps illegal drugs inside TODOROVA's APARTMENT.

     f.   TODOROVA uses TODOROVA'S APARTMENT within the Eastown Apartment Complex to distribute and deliver illegal drugs and conduct illegal drug transactions. Messages indicate customers coming to the vicinity TODOROVA'S APARTMENT for order pick-ups and drivers coming to get their supply of illegal drugs for distribution;

     g.   TODOROVA's network of drivers use other unidentified vehicles to distribute and deliver illegal drugs and conduct illegal drug transactions. Messages to customers show TODOROVA telling customers what cars will be arriving with their orders;

h.    TODOROVA uses other messaging applications on TODOROVA's AT&T Telephone, including Signal, WhatsApp, Telegram, and Discord. Based on my training and experience and conversations with other experienced law enforcement officers, I know that drug traffickers often use apps such as these due to encryption capabilities;

i.    TODOROVA's AT&T Telephone has multiple financial exchange applications, including Venmo, Zelle, Paypal, Cash App; and banking applications, including Capital One and Bank of America banking. Numerous messages indicate that TODOROVA received payments from customers using financial exchange applications such as these;

j.    TODOROVA's AT&T Telephone also has contacts that appear to be in Mexico. TODOROVA, who admitted to CBP that she owned an exotic animal boarded in Mexico, has a January 6, 2021, photo of a document from "exotic mundo animal" with her name on it, an address in Playa Del Carmen, Mexico, and the description of a microchipped jaguar. She also has photos of herself with an animal that appears to be a jaguar in her photo library; and

k.    TODOROVA, who told CBP officers she is unemployed as noted above, placed an order for a Tesla Model S on February 24, 2021, with a total cost (with sales tax, registration, etc.) of $151,557.56, as seen in March 1, 2021, screenshots in her photo library on the AT&T Telephone.

**K.   A Federal Magistrate Judge Signs a Complaint Against TODOROVA and Detains Her Pending Trial**

69.   On March 26, 2021, the Honorable Karen L. Stevenson, United States Magistrate Judge for the United States District Court for the Central District of California, signed a complaint, charging TODOROVA with possession with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), in Case Number 2:21-MJ-01465, along with a search warrant for Digital Devices 1 through 3, identified above, in Case Number 2:21-MJ-01466.

70.   That same day, TODOROVA appeared on the complaint and Magistrate Judge Stevenson ordered defendant detained based on risk of nonappearance and danger to the community.

**L.   A Federal Grand Jury Returns a No Bill on an Indictment, Charging TODOROVA with Possession with Intent to Distribute Cocaine**

71.   On April 23, 2021, a federal grand jury returned a no bill on an indictment, charging TODOROVA with possession with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii), and criminal forfeiture, in violation of 21 U.S.C. § 853.

72.   Based on all the above and my training and experience and conversations with other experienced law enforcement officers, I believe the following:

a.   TODOROVA used her T-Mobile Telephone to facilitate the commission of federal crimes in the Central District of California, specifically, to coordinate the delivery of delivery of counterfeit pills, which later tested positive

for the presence of fentanyl, and cocaine, which was later
traded for more of the counterfeit pills, via an unknown courier
to R.M. at his home in Beverly Hills, California on the night
and early morning prior to his death;

b.   After R.M.'s death, TODOROVA used her AT&T
Telephone to contact R.M.'s telephone number to advertise the
sale of additional controlled substances;

c.   TODOROVA stores controlled substances at
TODOROVA'S APARTMENT and continues to deliver controlled
substances throughout Los Angeles County using TODOROVA'S CAR;

d.   TODOROVA has used the AT&T telephone (and the
assigned phone number of 323-688-9519 when it was carried by T-
Mobile prior to switching to AT&T on December 12, 2020) to
facilitate and coordinate the distribution and sale of illegal
drugs through the use of a network of drivers under her
direction and control;

e.   TODOROVA has conducted hundreds, if not
thousands, of illegal drug transactions through the use of
drivers, and her own personal delivery, going back for an
undetermined amount of time, but significantly before the death
of R.M. on November 16, 2020;

f.   TODOROVA has sources of supply, whether domestic,
international, or both, that will be identified over the course
of this continuing investigation;

g.   TODOROVA has used financial proceeds derived from
illegal drug trafficking sales to purchase various assets
domestically and internationally; and

      h.    TODOROVA runs a sophisticated, profitable illegal drug trafficking operation with a significant client base in at least the greater Los Angeles area.

## V.  <u>TRAINING AND EXPERIENCE ON DRUG OFFENSES</u>

73.  Based on my training and experience, conversations with other experienced law enforcement officers, and familiarity with investigations into drug trafficking conducted by other law enforcement agents, I know the following:

      a.    Drug trafficking is a business that involves numerous co-conspirators, from lower-level dealers to higher-level suppliers, as well as associates to process, package, and deliver the drugs and launder the drug proceeds. Drug traffickers often travel by car, bus, train, or airplane, both domestically and to foreign countries, in connection with their illegal activities in order to meet with co-conspirators, conduct drug transactions, and transport drugs or drug proceeds.

      b.    Drug traffickers often maintain books, receipts, notes, ledgers, bank records, and other records relating to the manufacture, transportation, ordering, sale and distribution of illegal drugs. The aforementioned records are often maintained where drug traffickers have ready access to them, such as on their cell phones and other digital devices, and in their residences and vehicles.

      c.    Communications between people buying and selling drugs take place by telephone calls and messages, such as e-mail, text messages, and social media messaging applications, sent to and from cell phones and other digital devices. This

includes sending photos or videos of the drugs between the seller and the buyer, the negotiation of price, and discussion of whether or not participants will bring weapons to a deal. In addition, it is common for people engaged in drug trafficking to have photos and videos on their cell phones of drugs they or others working with them possess, as they frequently send these photos to each other and others to boast about the drugs or facilitate drug sales.

       d.   Drug traffickers often keep the names, addresses, and telephone numbers of their drug trafficking associates on their digital devices and in their residence and vehicles. Drug traffickers often keep records of meetings with associates, customers, and suppliers on their digital devices and in their residence and vehicles, including in the form of calendar entries and location data.

       e.   Drug traffickers often use vehicles to transport their narcotics and may keep stashes of narcotics in their vehicles in the event of an unexpected opportunity to sell narcotics arises.

       f.   Drug traffickers often engage in quick, hand-to-hand transactions, utilizing vehicles, street meetings, etc., to limit time and exposure to potential witnesses to criminal activity and to avoid detection by law enforcement.

       g.   Drug traffickers often maintain on hand large amounts of United States currency in order to maintain and finance their ongoing drug trafficking businesses, which operate

on a cash basis. Such currency is often stored in their residences and vehicles.

   h. Drug traffickers often keep drugs in places where they have ready access and control, such as at their residence, in safes, or in vehicles. They also often keep other items related to their drug trafficking activities at their residence or in their vehicles, such as digital scales, packaging materials, and proceeds of drug trafficking. These items are often small enough to be easily hidden and thus may be kept at a drug trafficker's residence even if the drug trafficker lives with others who may be unaware of his criminal activity.

   i. It is common for drug traffickers to own multiple phones of varying sophistication and cost as a method to diversify communications between various customers and suppliers. These phones range from sophisticated smart phones using digital communications applications such as Blackberry Messenger, WhatsApp, and the like, to cheap, simple, and often prepaid flip phones, known colloquially as "drop phones," for actual voice communications.

//

## VI. <u>CONCLUSION</u>

74.  For all the reasons described above, there is probable cause to believe that TODOROVA committed a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) (Possession with Intent to Distribute MDMA).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 23rd day of April, 2021.

_____

HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE