2:21-mj-02036 -DUTY

FILED
CLERK, U.S. DISTRICT COURT
4/23/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: clee  DEPUTY

## FINDING RE PROBABLE CAUSE

On April 23, 2021, at  3:39  p.m., Special Agent Caleb Hodgson of the Drug Enforcement Administration telephonically appeared before me regarding the probable cause arrest of defendant MIRELA TODOROVA, occurring on April 23, 2021, at Los Angeles, California.

Having reviewed the officer's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists**/~~does not exist~~ probable cause to arrest the defendant for a violation of Title 21, United States Code, Section 841 (Possession with Intent to Distribute Controlled Substances).

/ X / It is ordered that defendant MIRELA TODOROVA be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on  4/26/2021  .

/____/ It is ordered that defendant MIRELA TODOROVA be discharged from custody on this charge forthwith.

DATED:  April 23, 2021, at 3:39 PM ~~a.m.~~/p.m.

_____
HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE